**Entered on Docket**
**September 04, 2009**

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde. Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road. Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

HSBC Bank USA. National Association as Trustee for MANA 2007-A2
09-75376

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | BK-S-09-21940-bam |
|---|---|
| Hector Lozano | Date:  8/28/09<br>Time: 1:30pm |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor HSBC Bank USA, National Association as Trustee for MANA 2007-A2, its assignees

and/or successors in interest, of the subject property, generally described as 701 Hitchen Post Dr.,

Henderson, NV 89011, and legally described as follows:

PARCEL I:

LOT TWO HUNDRED FIFTY- NINE IN BLOCK SEVEN OF SOUTH VALLEY RANCH-
PARCEL 5A UNIT BILL, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 76 OF
PLATS, PAGE 74, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY,
NEVADA.

PARCEL II:
A NON- EXCLUSIVE EASEMENT FOR USE AND ENJOYMENT IN AND TO THE
ASSOCIATION PROPERTY AS SET FORTH IN THE MASTER DECLARATION OF
COVENANTS, CONDITIONS, RESTRICTIONS AND GRATN OF EASEMENTS FOR
SOUTH VALLY RANCH, RECORDED JULY 25, 1996 IN BOOK 960725 AS DOCUMENT
NO. 00004, AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/ OR
SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY
NEVADA, WHICH EASEMENT IF APPURTENANT TO PARCEL ONE.

1

2      **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

3      **give Debtors at least five business days' notice of the time, place and date of sale.**

4

5              DATED this _____ day of _____ 2009

6

7

8      Submitted by:
       **WILDE & ASSOCIATES**

9      |s\ GREGORY L. WILDE

10     By_____
              **GREGORY L. WILDE, ESQ.**

11            Attorney for Secured Creditor
              208 South Jones Boulevard

12     Las Vegas, Nevada 89107

13
       APPROVED / DISAPPROVED

14

15     _____

16     Anthony Deluca
       5830 W. Flamingo Rd., #233
       Las Vegas, NV 89103

17     Attorney for Debtor(s)

18     Nevada Bar No:_____

19     APPROVED / DISAPPROVED

20
       _____

21     Brian D. Shapiro
       411 E. Bonneville Ave. #300

22     Las Vegas, NV  89101
       Chapter 7 Trustee

23

24

25

26

1   ALTERNATIVE METHOD RE: LOCAL RULE 9021:

2   In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

3   ____   The court waived the requirements of LR 9021.

4   ____   No parties appeared or filed written objections, and there is no trustee appointed in the case

5   _x__   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any

6   unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has

7   approved or disapproved the order, or failed to respond, as indicated below (list each party and whether

8   the party has approved, disapproved, or failed to respond to the document):

9                                                    (List Parties)

10   Debtor's counsel:

11   ____   approved the form of this order                    ____   disapproved the form of this order

12   ____   waived the right to review the order and/or      _x__   failed to respond to the document

13   ____   appeared at the hearing, waived the right to review the order

14   ____   Opposition filed and withdrawn by Debtor's counsel

15   Trustee:

16   ____   approved the form of this order                    ____   disapproved the form of this order

17   ____   waived the right to review the order and/or      _x__   failed to respond to the document

18   Other Party:_____

19   ____   approved the form of this order                    ____   disapproved the form of this order

20   ____   waived the right to review the order and/or      ____   failed to respond to the document

21

22   Submitted by:
     /s/ Gregory L. Wilde, Esq.
23
     Gregory L. Wilde, Esq.
24
     Attorney for Secured Creditor
25

26